STATE v. BRAXTON

No. 24P95

Case below: 117 N.C.App. 305

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 1995.

STATE v. CONAWAY

No. 389A92

Case below: 339 N.C. 487

Motion by defendant for temporary stay of mandate denied 2 March 1995. Motion by defendant for reconsideration denied 2 March 1995.

STATE v. FIELDS

No. 47P95

Case below: 117 N.C.App. 464

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 2 March 1995. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 1995.

STATE v. FLOYD

No. 390A94

Case below: 115 N.C.App. 412

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 2 March 1995.

STATE v. HOWELL

No. 534P94

Case below: 116 N.C.App. 491

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 2 March 1995. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 1995.